NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEOUL VIOSYS CO., LTD.,**

*Plaintiff-Appellee*

**v.**

**P3 INTERNATIONAL CORPORATION,**

*Defendant-Appellant*

---

2022-1145

---

Appeal from the United States District Court for the Southern District of New York in No. 1:16-cv-06276-AJN-SN, Judge Alison J. Nathan.

---

**JUDGMENT**

---

MICHAEL EISENBERG, Steptoe & Johnson, LLP, New York, NY, argued for plaintiff-appellee. Also represented by ANNA M. TARGOWSKA, Chicago, IL.

JAMES A. POWER, JR., Power Del Valle LLP, New York, NY, argued for defendant-appellant. Also represented by MARGUERITE DEL VALLE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>September 8, 2022</u>    <u>/s/ Peter R. Marksteiner</u>
Date    Peter R. Marksteiner
Clerk of Court